IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| THE BETHEL HOMES, d/b/a BETHEL SPRING- | ) | NO. 15 C 5725 |
| VALE INN, INC., BETHEL NURSING AND | ) | |
| REHABILITATION CENTER and BETHEL | ) | JUDGE SARA L. ELLIS |
| NURSING HOME COMPANY, INC., | ) | |
| | ) | |
| ANASTASIOS MARKOPOULOS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, THE BETHEL HOMES, d/b/a BETHEL SPRINGVALE INN, INC., BETHEL NURSING AND REHABILITATION CENTER and BETHEL NURSING HOME COMPANY, INC., and ANASTASIOS MARKOPOULOS, in the total amount of $279,165.98, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,217.50.

On July 13, 2015, the Summons and Complaint was served on Defendant, The Bethel Homes, by tendering a copy of said documents to Christina Morey, who was authorized to accept service of process (a copy of the Affidavit of Service is attached hereto). Also on July 13, 2015, the Summons and Complaint was served on Defendant, Anastasios Markopoulos, by tendering a copy of said documents to Christina Morey, who was authorized to accept service of process (a copy of the Affidavit of Service is attached hereto). Therefore, Defendants' answers were due on August

3, 2015. As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bethel Homes\motion.lmf.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 2nd day of September 2015:

>The Bethel Homes
>500 Albany Post Road
>Croton on Hudson, NY   10520-1105
>
>Mr. Anastasios Markopoulos
>67 Springvale Road
>Croton on Hudson, NY   10520-1105

I further certify that on or before the hour of 5:00 p.m., this 2nd day of September 2015, I electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I served this document by e-mail to the following non-CM-ECF participant:

>Mr. Anastasios Markopoulos
>67 Springvale Road
>Croton on Hudson, NY   10520-1105
>Anastasios.Markopoulos@bethelwell.org


/s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bethel Homes\motion.lmf.df.wpd